

# MEMORANDUM OPINION

No. 04-09-00127-CV

**IN THE MATTER OF J.A.P.**, a Juvenile

From the 386th Judicial District Court, Bexar County, Texas
Trial Court No. 2008-JUV-01211
Honorable Laura Parker, Judge Presiding

PER CURIAM

Sitting:        Phylis J. Speedlin, Justice
                Rebecca Simmons, Justice
                Steven C. Hilbig, Justice

Delivered and Filed:   June 24, 2009

DISMISSED

Appellant has filed a motion to dismiss this appeal. The motion contains a certificate of service to appellee, who does not oppose the motion. Therefore, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). Costs of the appeal are taxed against appellant.

PER CURIAM